# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

**JUAN MORALES-BRIONES,**

    **Movant/Defendant,**

v.                                    **No. 12-CV-0420 JEC/SMV**
                                                **10-CR-3303 JEC**

**UNITED STATES OF AMERICA,**

    **Respondent/Plaintiff.**

## ORDER GRANTING RESPONDENT'S MOTION FOR EXTENSION OF TIME TO ANSWER PETITIONER'S 28 U.S.C. § 2255 MOTION

THIS MATTER is before the Court on Respondent/Plaintiff's Motion for Extension of Time to Answer Petitioner's 28 U.S.C. § 2255 Motion [CV Doc. 4; CR Doc. 35]. The Court, finding good cause to be shown, and otherwise being fully advised in the premises, FINDS that the motion is well-taken and should be granted.

**IT IS THEREFORE ORDERED** that the United States of America shall file its Response to Movant/Defendant's Motion to Vacate, Set Aside, or Correct Sentence [CV Doc. 1; CR Doc. 31] no later than **June 18, 2012**.

**IT IS SO ORDERED.**

                                                                  **STEPHAN M. VIDMAR**
                                                                  **United States Magistrate Judge**